CHARLES. C. HUTCHINGS et al., Appellants, *v.* MARY L. HUTCHINGS et al., Respondents.

*Hutchings* v. *Hutchings*, 144 App. Div. 757, affirmed.
(Argued December 11, 1913; decided December 30, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 7, 1911, in favor of defendant Mary L. Hutchings upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, relating to the title to certain premises formerly owned by Ebenezer J. Hutchings, deceased, and disposed of under the first clause of his will.

*Everett V. Abbot* for appellants.

*Robert H. Hibbard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.; CULLEN, Ch. J., concurs on his opinion in *Cammann* v. *Bailey* (210 N. Y. 19). Not voting: CHASE, J.